
RECEIVED
IN MONROE, LA
JAN 0 6 2006
RT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **JOSEPH H. MCNEESE, III** | **CIVIL ACTION NO. 04-691** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

## RULING

On October 6, 2005, Plaintiff Joseph McNeese, III ("McNeese") filed a Motion to Amend Complaint ("Motion to Amend") [Doc. No. 65]. On October 11, 2005, Magistrate Judge James D. Kirk denied McNeese's Motion to Amend finding that the complaint had been amended twice and service of process had been made.

Pending before the Court is McNeese's Appeal of the Magistrate Judge's Decision [Doc. No. 74].

"Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made." Fed. R. Civ. P. 72(a). A magistrate judge's non-dispositive order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P.72(a); *Castillo v. Frank*, 70 F.3d 382, 385-86 (5th Cir. 1995).

After conducting a review of the entire record, the Court finds that McNeese's appeal was untimely filed well beyond the allowable 10-day objection period.

Accordingly, the Court DENIES McNeese's appeal as untimely and AFFIRMS the

October 11, 2005 order of Magistrate Judge Kirk.

MONROE, LOUISIANA, this ____6____ day of ____January____, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE