UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOSEPH MCNEESE, III | CIVIL A. NO. 04-691 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAG. JUDGE JAMES D. KIRK |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment [Doc. No. 79] filed by Defendants Sheriff McDonald, Deputy Stevenson, and Deputy Fleming be GRANTED IN PART and DENIED IN PART. Summary judgment is GRANTED as to Defendants Sheriff McDonald and Deputy Stevenson in their individual capacity. Summary judgment is DENIED as to Deputy Fleming in his individual capacity. Summary judgment as to Defendants Sheriff McDonald, Deputy Stevenson, and Deputy Fleming in their official capacities is DENIED.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [Doc. No. 83] filed by Defendant State Trooper Richardson is GRANTED, and he is entitled to summary judgment on the claims against him in his official and individual capacity.

MONROE, LOUISIANA this 16th day of June, 2006.

ROBERT G. JAMES  
UNITED STATES DISTRICT JUDGE